UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRUCE ALLEN WILLIAMS, JR.,
    Plaintiff,

vs.                            Case No.:  3:20cv5802/MCR/EMT

SERGEANT ARTERBURN, et al.,
    Defendants.

                                          /

## REPORT AND RECOMMENDATION

This matter is before the court upon referral from the clerk.  Plaintiff, a prisoner proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  Plaintiff failed to either pay the filing fee or submit a properly completed motion to proceed in forma pauperis (IFP) with the required supporting documentation.  The court thus entered an order on September 10, 2020, directing Plaintiff to either pay the $400.00 filing fee within thirty days or submit a properly completed IFP motion with the required supporting documentation (ECF No. 3).  The undersigned directed the clerk of court to send Plaintiff the correct set of forms needed for filing a motion to proceed IFP and advised that failure to comply with the court's order as instructed would result in a recommendation that the case be dismissed (*id.*).

Plaintiff did not file an IFP motion or pay the filing fee within the time allowed.  The court therefore entered an order on October 14, 2020, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 4).  The time for compliance with the show cause order has now elapsed, and Plaintiff has neither responded to the order nor paid the filing fee or submitted an IFP motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this <u>1</u><sup>st</sup> day of December 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**<u>NOTICE TO THE PARTIES</u>**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:20cv5802/MCR/EMT